UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYN WRENN,

       Plaintiff,                  Case No.  05-72090

v.                                     District Judge Avern Cohn
                                        Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER

On May 31, 2005 the Plaintiff filed a request for court appointed counsel [docket #5].  The Court having reviewed Plaintiff's request and being fully advised in the premises;

IT IS HEREBY ORDERED that the Scheduling Order previously filed in this matter on July 14, 2005 [docket #11] shall be held in abeyance pending the decision of the Court on Plaintiff's request for appointment of counsel.

                                         S/R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

Dated:  September 13, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 13, 2005.

S/G. Wilson  
Judicial Assistant
